UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-04905-ODW (ASx) | Date | July 3, 2025 |
|---|---|---|---|
| Title | *Antonio Dennis v. ProDrivers West, Inc. et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Withdrawal of Motion to Remand, (ECF No. 12), the Court **DENIES** Plaintiff's Motion to Remand as **moot**. (ECF No. 10.) The hearing scheduled for August 4, 2025, is **VACATED**.

**IT IS SO ORDERED.**

:  00

Initials of Preparer  SE